# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0051. IN RE: ESTATE OF EDWARD ROOSEVELT DOWNS, JR., DECEASED.

In this estate administration proceeding, the trial court entered an order on March 21, 2025, in which it: (i) issued a bill of peace enjoining purported beneficiary James Pitts from submitting any further filings related to the estate without prior court approval; and (ii) dismissed all of Pitts's currently pending motions. On June 20, 2025, Pitts filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Pitts's notice of appeal was filed 91 days after entry of the order he seeks to appeal. Consequently, this untimely appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/07/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*